UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BURNETT, DAVID A § Case No. 10-52706
BURNETT, CINDY §
§
Debtor(s) KINAST, CINDY A §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice. serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/02/2011      By: /s/DEBORAH K. EBNER
                                 Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BURNETT, DAVID A § Case No. 10-52706
BURNETT, CINDY §
§
Debtor(s) KINAST, CINDY A §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,000.12 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,000.12 |

**Balance on hand:** $ 6,000.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,000.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,350.01 | 0.00 | 1,350.01 |
| Trustee, Expenses - DEBORAH K. EBNER | 101.06 | 0.00 | 101.06 |

Total to be paid for chapter 7 administration expenses: $ 1,451.07
Remaining balance: $ 4,549.05

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,549.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,549.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,062.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Agent for Wfnnb Assignee of New York &Co | 486.40 | 0.00 | 24.31 |
| 2 | Fifth Third Bank | 4,132.08 | 0.00 | 206.43 |
| 3 | Fifth Third Bank | 19,730.21 | 0.00 | 985.62 |
| 4 | Fifth Third Bank | 10,191.84 | 0.00 | 509.13 |
| 5 | Chase Bank USA, N.A. | 10,038.11 | 0.00 | 501.45 |
| 6 | Capital One Bank (USA)NA by American InfoSource LP as agent | 10,629.44 | 0.00 | 530.99 |
| 7 | Chase Bank USA,N.A. | 3,255.82 | 0.00 | 162.64 |
| 8 | American InfoSource LP as agent for Target | 12,755.72 | 0.00 | 637.21 |
| 9 | PYOD LLC its successors and assigns as | 7,471.16 | 0.00 | 373.22 |

UST Form 101-7-NFR (10/1/2010)

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | PYOD LLC its successors and assigns as assignee of Citibank, | 4,884.52 | 0.00 | 244.01 |
| 11 | PYOD LLC its successors and assigns as assignee of Citibank, | 1,076.67 | 0.00 | 53.79 |
| 12 | Capital Recovery IV LLC | 1,802.41 | 0.00 | 90.04 |
| 13 | Capital Recovery IV LLC | 1,010.00 | 0.00 | 50.45 |
| 14 | Capital Recovery IV LLC | 2,185.19 | 0.00 | 109.16 |
| 15 | Capital Recovery IV LLC | 1,413.26 | 0.00 | 70.60 |

Total to be paid for timely general unsecured claims: $ 4,549.05
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 10-52706-BWB
David A Burnett                                                     Chapter 7
Cindy Burnett
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch              Page 1 of 2              Date Rcvd: Jun 06, 2011
                              Form ID: pdf006           Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2011.
db/jdb         +David A Burnett,    Cindy Burnett,    3527 Craig Drive,    Joliet, IL 60431-9097
aty            +Patrick A Meszaros,    Law Offices Of Patrick A Meszaros,    1100 W. Jefferson Street,
                 Joliet, IL 60435-6814
tr             +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
16474207       +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
16800598        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
                 Oklahoma City, OK 73124-8839
16474208       +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16792367        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16833567       +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas, TX 75374-0933
16474209       +Chase Manhattan Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
16474210        Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
16730305       +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16474212       +HSBC Retail Services,    P.O. Box 17265,    Baltimore, MD 21297-1265
16474211        Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
16474213        J.B. Robinson Jewelers,    P.O. Box 740425,    Cincinnati, OH 45274-0425
16474217       +MK Orthopaedics SURG & RE,    823 129th Infantry Ste 105,    Joliet, IL 60435-8347
16474216       +Midwest Center for Advanced Imaging,    4425 Montgomery Rd.,    Suite #102,
                 Naperville, IL 60564-9542
16905084       +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16474218        Provena St Joseph Med Center,    PO Box 88097,    Chicago, IL 60680-1097
16474220        Sears Credit Card,    P.O. Box 183081,    Columbus, OH 43218-3081
16474221        Target National Bank,    P.O. Box 660170,    Dallas, TX 75266-0170
16474222       +WFNNB - New York Co.,    P.O. Box 659728,    San Antonio, TX 78265-9728
16474223       +WFNNB - Victoria's Secret.,    P.O. Box 659728,    San Antonio, TX 78265-9728
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16474206       +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2011 00:11:47     American Eagle Outfitters,
                 PO Box 960013,    Orlando, FL 32896-0013
16836854        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 06 2011 23:47:25
                 American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK 73124-8866
16696114        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 07 2011 00:07:25
                 American Infosource Lp As Agent for Wfnnb,    As Assignee of,    New York & Co,    PO Box 248872,
                 Oklahoma City, OK 73124-8872
17139776        E-mail/PDF: rmscedi@recoverycorp.com Jun 06 2011 23:55:03     Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16474214        E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2011 00:11:47     JC Penney,    PO Box 960090,
                 Orlando, FL 32896-0090
16474215       +E-mail/PDF: cr-bankruptcy@kohls.com Jun 06 2011 23:55:15     Kohl's Payment Center,    PO Box 2983,
                 Milwaukee, WI 53201-2983
16474219        E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2011 00:11:47     Sam's Club,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: lhatch            Page 2 of 2              Date Rcvd: Jun 06, 2011
                              Form ID: pdf006         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2011**              **Signature:** _Joseph Speetjens_