**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re: BURNETT, DAVID A            Case No. 10-52706
       BURNETT, CINDY
       KINAST, CINDY A            Chapter 7
_____,
           Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

     DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>*(without deducting any secured claims)* | Assets Exempt: $70,000.00 |
| Total Distribution to Claimants: $4,549.17 | Claims Discharged<br>Without Payment: $139,010.20 |
| Total Expenses of Administration: $1,451.07 | |

     3) Total gross receipts of $ 6,000.24 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.24
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $124,882.81 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,451.07 | 1,451.07 | 1,451.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 92,721.64 | 91,062.83 | 91,062.83 | 4,549.17 |
| **TOTAL DISBURSEMENTS** | $217,604.45 | $92,513.90 | $92,513.90 | $6,000.24 |

4) This case was originally filed under Chapter 7 on November 29, 2010. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2011                By: /s/DEBORAH K. EBNER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Harley-Davidson | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 124,882.81 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$124,882.81** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,350.01 | 1,350.01 | 1,350.01 |
| DEBORAH K. EBNER | 2200-000 | N/A | 101.06 | 101.06 | 101.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,451.07 | 1,451.07 | 1,451.07 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Agent for Wfnnb Assignee of New | 7100-000 | 438.69 | 486.40 | 486.40 | 24.30 |
| 2 | Fifth Third Bank | 7100-000 | unknown | 4,132.08 | 4,132.08 | 206.42 |
| 3 | Fifth Third Bank | 7100-000 | unknown | 19,730.21 | 19,730.21 | 985.65 |
| 4 | Fifth Third Bank | 7100-000 | unknown | 10,191.84 | 10,191.84 | 509.15 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 9,829.71 | 10,038.11 | 10,038.11 | 501.47 |
| 6 | Capital One Bank (USA)NA by American InfoSource LP as | 7100-000 | 10,434.56 | 10,629.44 | 10,629.44 | 531.01 |
| 7 | Chase Bank USA,N.A. | 7100-000 | 3,163.09 | 3,255.82 | 3,255.82 | 162.65 |
| 8 | American InfoSource LP as agent for Target | 7100-000 | 12,503.91 | 12,755.72 | 12,755.72 | 637.23 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | unknown | 7,471.16 | 7,471.16 | 373.23 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | unknown | 4,884.52 | 4,884.52 | 244.01 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 781.49 | 1,076.67 | 1,076.67 | 53.79 |
| 12 | Capital Recovery IV LLC | 7100-000 | unknown | 1,802.41 | 1,802.41 | 90.04 |
| 13 | Capital Recovery IV LLC | 7100-000 | 965.29 | 1,010.00 | 1,010.00 | 50.46 |
| 14 | Capital Recovery IV LLC | 7100-000 | 2,108.36 | 2,185.19 | 2,185.19 | 109.16 |
| 15 | Capital Recovery IV LLC | 7100-000 | N/A | 1,413.26 | 1,413.26 | 70.60 |
| NOTFILED | HSBC Retail Services | 7100-000 | 1,410.77 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Fifth Third Bank | 7100-000 | 33,500.47 | N/A | N/A | 0.00 |
| NOTFILED | J.B. Robinson Jewelers | 7100-000 | 564.14 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 3,153.59 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Card | 7100-000 | 12,056.41 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB - Victoria's Secret. | 7100-000 | 41.28 | N/A | N/A | 0.00 |
| NOTFILED | MK Orthopaedics SURG & RE | 7100-000 | 331.41 | N/A | N/A | 0.00 |
| NOTFILED | Provena St Joseph Med Center | 7100-000 | 1,040.03 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Center for Advanced Imaging | 7100-000 | 398.44 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 92,721.64 | 91,062.83 | 91,062.83 | 4,549.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52706  
**Case Name:** BURNETT, DAVID A  
BURNETT, CINDY  
**Period Ending:** 08/30/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 11/29/10 (f)  
**§341(a) Meeting Date:** 12/22/10  
**Claims Bar Date:** 04/19/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3527 Craig Drive Joliet, IL 60431 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 3 | Household goods and furnishings, including audio | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4 | Wearing apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Interests in IRA, ERISA, Keogh, or other pension | 17,000.00 | 0.00 | | 0.00 | FA |
| 6 | Interests in IRA, ERISA, Keogh, or other pension | 25,000.00 | 0.00 | | 0.00 | FA |
| 7 | Automobiles, trucks, trailers and other vehicles | 4,500.00 | 0.00 | | 0.00 | FA |
| 8 | Automobiles, trucks, trailers and other vehicles | 4,500.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 Harley-Davidson | 13,000.00 | 9,500.00 | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.24 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$194,000.00** | **$14,000.00** | | **$6,000.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/17/11 offer accepted; waiting for written acceptance ltr; Asset Report filed; Claims bar date 4/19/11

1/15/11 sent Meszaros email offering Ds Harley for $6K

12/22 sent fax to Dodge asking for appraisal on 07 Harley Davidson motorcycle

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015        **Current Projected Date Of Final Report (TFR):**    June 5, 2011  (Actual)

Printed: 08/30/2011 10:08 PM     V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-52706  
**Case Name:** BURNETT, DAVID A  
BURNETT, CINDY  
**Taxpayer ID #:** **-***4641  
**Period Ending:** 08/30/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******66-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/11 | {9} | David and Cindy Burnett | payment for trustee equity in motorcycle; net of exemptions claimed | 1129-000 | 6,000.00 | | 6,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,000.03 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.08 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.12 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.17 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.21 |
| 07/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 6,000.24 |
| 07/23/11 | | To Account #9200******6666 | To close | 9999-000 | | 6,000.24 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,000.24 | 6,000.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,000.24 | |
| | | | Subtotal | | 6,000.24 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,000.24 | $0.00 | |

{} Asset reference(s)

Printed: 08/30/2011 10:08 PM    V.12.57

Case 10-52706  Doc 26  Filed 09/17/11  Entered 09/17/11 09:45:11  Desc Main
Document   Page 8 of 9

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-52706
**Case Name:** BURNETT, DAVID A
BURNETT, CINDY
**Taxpayer ID #:** **-***4641
**Period Ending:** 08/30/11

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******66-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/11 |  | From Account #9200******6665 | To close | 9999-000 | 6,000.24 |  | 6,000.24 |
| 07/26/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $101.06, Trustee Expenses;  Reference: | 2200-000 |  | 101.06 | 5,899.18 |
| 07/26/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,350.01, Trustee Compensation;  Reference: | 2100-000 |  | 1,350.01 | 4,549.17 |
| 07/26/11 | 103 | American Infosource Agent for Wfnnb Assignee of New York &Co | Dividend paid   4.99% on $486.40; Claim# 1; Filed: $486.40; Reference: 565-919-912 | 7100-000 |  | 24.30 | 4,524.87 |
| 07/26/11 | 104 | Fifth Third Bank | Dividend paid   4.99% on $4,132.08; Claim# 2; Filed: $4,132.08; Reference: | 7100-000 |  | 206.42 | 4,318.45 |
| 07/26/11 | 105 | Fifth Third Bank | Dividend paid   4.99% on $19,730.21; Claim# 3; Filed: $19,730.21; Reference: | 7100-000 |  | 985.65 | 3,332.80 |
| 07/26/11 | 106 | Fifth Third Bank | Dividend paid   4.99% on $10,191.84; Claim# 4; Filed: $10,191.84; Reference: | 7100-000 |  | 509.15 | 2,823.65 |
| 07/26/11 | 107 | Chase Bank USA, N.A. | Dividend paid   4.99% on $10,038.11; Claim# 5; Filed: $10,038.11; Reference: 4147-2020-1868-1666 | 7100-000 |  | 501.47 | 2,322.18 |
| 07/26/11 | 108 | Capital One Bank (USA)NA by American InfoSource LP as agent | Dividend paid   4.99% on $10,629.44; Claim# 6; Filed: $10,629.44; Reference: 5291-4920-3465-2566 | 7100-000 |  | 531.01 | 1,791.17 |
| 07/26/11 | 109 | Chase Bank USA,N.A. | Dividend paid   4.99% on $3,255.82; Claim# 7; Filed: $3,255.82; Reference: 017-9270-624 | 7100-000 |  | 162.65 | 1,628.52 |
| 07/26/11 | 110 | American InfoSource LP as agent for Target | Dividend paid   4.99% on $12,755.72; Claim# 8; Filed: $12,755.72; Reference: XXXX-XXXX-XXXX-4605 | 7100-000 |  | 637.23 | 991.29 |
| 07/26/11 | 111 | PYOD LLC its successors and assigns as assignee of Citibank, | Dividend paid   4.99% on $7,471.16; Claim# 9; Filed: $7,471.16; Reference: | 7100-000 |  | 373.23 | 618.06 |
| 07/26/11 | 112 | PYOD LLC its successors and assigns as assignee of Citibank, | Dividend paid   4.99% on $4,884.52; Claim# 10; Filed: $4,884.52; Reference: | 7100-000 |  | 244.01 | 374.05 |
| 07/26/11 | 113 | PYOD LLC its successors and assigns as assignee of Citibank, | Dividend paid   4.99% on $1,076.67; Claim# 11; Filed: $1,076.67; Reference: 6035-3201-9725-2263 | 7100-000 |  | 53.79 | 320.26 |
| 07/26/11 | 114 | Capital Recovery IV LLC | Dividend paid   4.99% on $1,802.41; Claim# 12; Filed: $1,802.41; Reference: | 7100-000 |  | 90.04 | 230.22 |
| 07/26/11 | 115 | Capital Recovery IV LLC | Dividend paid   4.99% on $1,010.00; Claim# 13; Filed: $1,010.00; Reference: 7714-2304-4007-7246 | 7100-000 |  | 50.46 | 179.76 |
| 07/26/11 | 116 | Capital Recovery IV LLC | Dividend paid   4.99% on $2,185.19; Claim# 14; Filed: $2,185.19; Reference: 4784-3110-1136-8896 | 7100-000 |  | 109.16 | 70.60 |

Subtotals :         $6,000.24         $5,929.64

{} Asset reference(s)

Printed: 08/30/2011 10:08 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-52706  
**Case Name:** BURNETT, DAVID A  
BURNETT, CINDY  
**Taxpayer ID #:** **-***4641  
**Period Ending:** 08/30/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******66-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/11 | 117 | Capital Recovery IV LLC | Dividend paid   4.99% on $1,413.26; Claim# 15; Filed: $1,413.26; Reference: | 7100-000 | | 70.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.24 | 6,000.24 | $0.00 |
| | | | Less: Bank Transfers | | 6,000.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,000.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,000.24** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******66-65** | 6,000.24 | 0.00 | 0.00 |
| **Checking # 9200-******66-66** | 0.00 | 6,000.24 | 0.00 |
| | **$6,000.24** | **$6,000.24** | **$0.00** |

{} Asset reference(s)                                                                                   Printed: 08/30/2011 10:08 PM    V.12.57